IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUEES MAURICE BOONE, #299 919, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:21-CV-212-WHA-CSC ) |
| NICK SCIACITANO, STg., et al., | ) ) |
| Defendants. | ) |

## **ORDER**

On August 10, 2021, the Magistrate Judge entered a Recommendation (Doc. #9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE this 31st day of August, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE